Paul ROBINSON et al., Petitioners,

v.

Ward YAGER, Judge, Carroll Circuit Court, Respondent.

Court of Appeals of Kentucky.

March 17, 1961.

John G. Wright, Warsaw, for petitioners.

PER CURIAM.

The trial court overruled defendants' motion to dissolve and dismiss a general order of attachment.

The defendants have petitioned this Court for an order prohibiting the trial court from entering his order overruling the motion.

This Court, upon examination of the record, has concluded that petitioners have an adequate remedy at law.

The petition is therefore dismissed.